# EXHIBIT 1

**April 4, 2024 Charge Letter from LSAC, signed by Darren Kettles, Chair, Subcommittee on Misconduct and Irregularities in the Admission Process**

A true and correct copy of the above-referenced document is attached hereto.



Law School Admission Council
662 Penn Street, PO Box 40, Newtown PA 18940-0040
Miscirreg@lsac.org

*Via Email*
**CONFIDENTIAL**

April 4, 2024

Tiauna Jackson
[ADDRESS REDACTED]

Dear Ms. Jackson:

I am writing to notify you that information has come to the attention of Law School Admission Council (LSAC) that your application to University of South Dakota Knudson School of Law for the fall 2023 term may have included information that is false, inconsistent or misleading with regard to your prior law school matriculation and omitted information that may result in a false or misleading conclusion. Specifically, you did not list Northwestern California University School of Law as a previously attended educational institution under question **6. 1. Education**, which asks: "List ALL education institutions attended". In addition, you answered **"No"** to question **6. 2. Education**, which reads: 2. "Have you ever attended any law school?" Furthermore, you applied to Knudson School of Law as a first-time student, not a transfer applicant.

In a since deleted YouTube video, you state, "…I got a better education when I went to Northwestern California University." Additionally, you started hash tagging "#transferstudent" on new videos.

Moreover, in your application to Howard University School of Law for the fall 2024 term, under question **7.1 Education**, which asks: "List ALL educational institutions attended" you list Northwestern California University School of Law and include a Certificate of Prior Enrollment which states that you were enrolled in the school's part-time, four-year Juris Doctor Program for the period September 25, 2020 to October 6, 2021.

This apparent submission of false, inconsistent or misleading information and omission falls within the definition of misconduct or an irregularity in the admission process described in the *Law School Admission Council Rules Governing Misconduct and Irregularities in the Admission Process*. A copy of the *Rules* is enclosed.

Enclosed for your information are the case documents. If you want to respond to the allegation(s) or to any of the documents contained in the enclosed case, please do so in writing within **thirty days** of the date of this letter and send your response to vwhitesell@lsac.org, or by mail at the address listed above. Likewise, if you want to request a telephonic hearing pursuant to Section 9 of the *Rules*, you must submit a written request within **thirty days** of the date of this letter. Please note that LSAC cannot advise you on whether you should request a telephonic hearing, so you should be sure to submit a clear and timely request for a hearing if you decide to do so.

If you respond to the allegations, your case will be referred to a representative of the LSAC Misconduct and Irregularities in the Admission Process Subcommittee, and all case documents, including your response, will be forwarded to the Subcommittee Representative. The Representative will then make a finding, from which you will have a right of appeal. If the Representative determines that there is a preponderance of evidence that misconduct or an irregularity has occurred and you do not submit a timely appeal, the documented case will be disseminated by LSAC to all law schools to which you have applied after the fifteen-day appeal period has expired. In addition, the documented case will be sent to

(96893.3)

law schools to which you subsequently apply and to any other affected person or institution in accordance with the *Rules*. If you appeal and your appeal is successful, the investigation will be closed, and the documented case will not be sent to any third parties. If you appeal and the appeal is not successful, the documented case will be disseminated to all law schools to which you have applied shortly after the appeal is decided and will again be sent to any law schools to which you subsequently apply and to other affected persons or institutions.

If you do not respond to the allegations, your case will be determined by the chair of the LSAC Misconduct and Irregularities in the Admission Process Subcommittee, with no right of appeal.

Please contact LSAC directly at the address listed above if you have questions about this process.

You have a responsibility to keep the Law School Admission Council's Legal Affairs Office apprised of your current contact information throughout these proceedings. Please notify LSAC immediately of any change in your address or contact numbers, in writing. If you fail to do so, it is possible that you will not receive additional correspondence relating to this matter. You will be notified in writing when a determination is made.

Thank you.

Sincerely,

Darren Kettles

Darren Kettles, Chair
LSAC Subcommittee on
 Misconduct and Irregularities in the Admission Process
Enclosures

(96893.3)

# EXHIBIT 2

**April 9, 2024 Dismissal Letter from LSAC, signed by Victoria Whitesell, Manager of Legal Operations/Paralegal**

A true and correct copy of the above-referenced document is attached hereto.



Law School Admission Council
662 Penn Street, PO Box 40, Newtown PA 18940-0040
Miscirreg@lsac.org

*Via Email*
**CONFIDENTIAL**

April 9, 2024

Tiauna Jackson
[ADDRESS REDACTED]

Dear Ms. Jackson:

The University of South Dakota, Knudson School of Law has withdrawn their referral to the Law School Admission Council Subcommittee on Misconduct and Irregularities. Accordingly, the charge has been dismissed and this matter has been closed. The charge will not be a part of your LSAC record, and no further action is required.

We wish you the best as you pursue your journey to a career in law.

Sincerely,

*VWhitesell*

Victoria Whitesell
Manager of Legal Operations/Paralegal

(97043.1)

# EXHIBIT 3

**April 4-9, 2024 Email Chain Between Victoria Whitesell
and Plaintiff Tiauna Jackson**

Date: April 4-9, 2024
Source: Gmail print / LSAC email records

A true and correct copy of the above-referenced
document is attached hereto.

**From: Whitesell, Victoria <VWhitesell@lsac.org>**
**Sent: Thursday, April 4, 2024 at 2:22 PM**
**To: Ms. Tiauna Jackson <tj2021jd@gmail.com>**
**Subject: LSAC Misconduct and Irregularities in the Admission Process**

Please see the attached from the Chair of the Subcommittee on Misconduct and Irregularities in the Admission Process. Enclosed for your information are the case documents. If you want to respond to the allegation(s) or to any of the documents contained in the enclosed case, please do so in writing within thirty days of the date of this email and send your response to me at vwhitesell@lsac.org. Likewise, if you want to request a telephonic hearing pursuant to Section 9 of the Rules, you must submit a written request within thirty days of the date of this email.

If you do not respond to the allegations, your case will be determined by the chair of the LSAC Misconduct and Irregularities in the Admission Process Subcommittee, with no right of appeal.

Please see the attached for further instructions and please confirm receipt of this email.

Thank you,

Victoria Whitesell (she/her)

Manager of Legal Operations and Corporate Paralegal

Legal, Governance & Compliance

LSAC

Email: vwhitesell@lsac.org

---

**From: Ms. Tiauna Jackson <tj2021jd@gmail.com>**
**Sent: Friday, April 5, 2024 at 6:36 PM**
**To: Whitesell, Victoria <VWhitesell@lsac.org>**
**Subject: Re: LSAC Misconduct and Irregularities in the Admission Process**

Dear Ms. Whitesell,

Attached is my response letter, along with enclosures. I am requesting a telephonic hearing as well.

Thank you,

Tiauna Jackson

**From: Whitesell, Victoria <VWhitesell@lsac.org>**
**Sent: Tuesday, April 9, 2024 at 12:56 PM**
**To: Ms. Tiauna Jackson <tj2021jd@gmail.com>**
**Subject: Re: LSAC Withdrawal of Charge**

Dear Ms. Jackson,

Please see the attached letter withdrawing the charge. Please let me know if you have any questions and please confirm receipt of this email.

Thank you.

---

**From: Ms. Tiauna Jackson <tj2021jd@gmail.com>**
**Sent: Tuesday, April 9, 2024 at 2:25 PM**
**To: Whitesell, Victoria <VWhitesell@lsac.org>**
**Subject: Re: LSAC Withdrawal of Charge**

Hello Ms. Whitesell,

Yes, I have questions. How are they able to withdraw the charge after I have responded? Can you provide the withdrawal letter and subsequent documentation?

Do I have any options to file a complaint?

Regards,

Tiauna

---

**From: Whitesell, Victoria <VWhitesell@lsac.org>**
**Sent: Tuesday, April 9, 2024 at 1:31 PM**
**To: Ms. Tiauna Jackson <tj2021jd@gmail.com>**
**Subject: Re: LSAC Withdrawal of Charge**

Ms. Jackson,

The law school was unaware of your response. Once a matter is referred, a law school is not privy to any part of the process. They requested that the matter be withdrawn because they received your letter of good standing and addendum to your application. There is no option to file a complaint.

Thank you.

---

From: Ms. Tiauna Jackson <tj2021jd@gmail.com>
Sent: Tuesday, April 9, 2024 at 5:18 PM
To: Whitesell, Victoria <VWhitesell@lsac.org>
Subject: Re: LSAC Withdrawal of Charge

Ms. Whitesell,

They received that back in August of 2023. I'm trying to understand why and how they could even file this complaint 8 months later? There has to be some sort of penalty for this frivolous charge they've filed.

# EXHIBIT 4

## Certificate of Prior Enrollment

**Date:** July 20, 2023

**Source:** Northwestern California University School of Law

**Custodian:** Plaintiff

**Description:**
Certificate of Prior Enrollment from Northwestern California University School of Law, dated July 20, 2023, signed by Academic Dean Mary Schofield, confirming Plaintiff enrolled September 25, 2020 to October 6, 2021, withdrew during the first term of studies, and did not complete a term. NWCU is accredited by the Committee of Bar Examiners of the State Bar of California, is not approved by the American Bar Association, and does not have a Federal School Code (OPE-ID).

*A true and correct copy of the above-referenced document is attached hereto.*



**S C H O O L   O F   L A W**

# NORTHWESTERN CALIFORNIA UNIVERSITY

2181 RIVER PLAZA DRIVE, SUITE 308
SACRAMENTO, CA 95833

TELEPHONE (916) 920-9470
FACSIMILE (916) 920-9475

## CERTIFICATE OF PRIOR ENROLLMENT

Student: **TIAUNA JACKSON**
Student Identification Number: **20200363**
CA State Bar No. for NWCU: **09211**

Start Date for Term of Enrollment: **September 25, 2020**
Withdrawal Date: **October 6, 2021**

I hereby certify that the student named above was enrolled in this school's part-time, four-year Juris Doctor Program during the period shown above. The student withdrew during the first term of studies, and did not complete a term.

The student is not currently enrolled, but was in good standing during the period of enrollment. All tuition and fees were paid, with no outstanding amounts currently owed to the school.

Please note that this program is accredited by the Committee of Bar Examiners of the State Bar of California and, upon successful completion of the four-year program, NWCU graduates are academically eligible to sit for the California General Bar Exam. NWCU is not an ABA-accredited law program and therefore does not have a Federal School Code (OPE-ID).

Please feel free to contact the school if you have any other questions.

_July 20, 2023_
Date

_Mary Schofield, Academic Dean_
Mary Schofield, Academic Dean

# EXHIBIT 5

## PDF DOCUMENT METADATA AND FORENSIC ANALYSIS

The following metadata was extracted directly from PDF documents transmitted to Plaintiff by LSAC on April 4, 2024 and April 9, 2024, using PyMuPDF, a standard forensic extraction tool. The metadata is embedded within the documents by the software used to create them, by Adobe Acrobat's annotation system, by Adobe Fill & Sign's signature placement system, and by LSAC's iManage document management system. The documents have not been altered. Their SHA-256 cryptographic hashes, which uniquely identify each file and would change if even a single byte were modified, are recorded below.

## PART 1: DOCUMENT-LEVEL METADATA

### Document 1: Charge Letter (April 4, 2024)

LSAC Document Number: (96893.3)

SHA-256: 35179bbf1b41a93936ee92dbfb3676f4f8d62c799710d8fdfa14e8dbbab58952

| Metadata Field | Value |
|---|---|
| Author | Crouch, Melissa |
| Creator Application | Microsoft Word for Microsoft 365 |
| Creation Date | April 2, 2024, 9:37:02 AM ET |
| Last Modified Date | April 4, 2024, 3:21:13 PM ET |
| iManage Document ID | ACTIVE!96893.4 |
| iManage Sender | VWHITESELL / VWHITESELL@LSAC.ORG |

The Charge Letter was drafted by Melissa Crouch on April 2, 2024, two days before it was dated and transmitted on April 4, 2024. The iManage version history shows at least three substantive revisions before finalization. The document was filed in LSAC's iManage system by Victoria Whitesell. Darren Kettles, whose signature appears on the letter, is not identified in any metadata field as having accessed, edited, or filed the document.

### Document 2: Documented Case Package (47 pages)

SHA-256: 88b2628c9f5641f325d418af7bdaab129b89d721519950d0b2ad74a3f6036258

| Metadata Field | Value |
|---|---|
| Author | Romey, Lanae N |
| Creator Application | Adobe Acrobat Pro (32-bit) 24.1.20629 |
| Creation Date | April 1, 2024, 3:39:33 PM ET |
| Last Modified Date | April 4, 2024, 3:21:28 PM ET |
| iManage Document ID | ACTIVE!96892.1 |
| iManage Sender | VWHITESELL / VWHITESELL@LSAC.ORG |

The Documented Case Package was compiled using an Adobe Acrobat Pro Creative Cloud account registered to Lanae N. Romey. Romey served as Senior Secretary at the University of South Dakota Knudson School of Law from January 2018 to August 2020. The case package is iManage document 96892, one sequential number before the Charge Letter at document 96893. The case package contains Plaintiff's Howard University transfer application disclosing the very institution the Charge Letter accused Plaintiff of concealing. The Charge Letter was finalized at 3:21:13 PM ET on April 4. The case package was finalized at 3:21:28 PM ET on April 4, fifteen seconds later.

### Document 3: Dismissal Letter (April 9, 2024)

LSAC Document Number: (97043.1)

SHA-256: 41a213ec5bb1a65a8cf6b7e6824b157a7de3b5c5308afd5d10442e36d9c0f4b4

| Metadata Field | Value |
|---|---|
| Author | Crouch, Melissa |
| Creator Application | Microsoft Word for Microsoft 365 |

| Creation Date | April 9, 2024, 1:46:02 PM ET |
|---|---|
| Last Modified Date | April 9, 2024, 1:55:51 PM ET |
| iManage Document ID | ACTIVE!97043.2 |
| iManage Sender | VWHITESELL / VWHITESELL@LSAC.ORG |

The Dismissal Letter was created at 1:46 PM ET and finalized at 1:55 PM ET, a window of nine minutes and forty-nine seconds. One revision. The Charge Letter underwent at least three revisions over two days. The Dismissal Letter received none.

## PART 2: ANNOTATIONS IN THE DOCUMENTED CASE PACKAGE

Three annotations embedded in the PDF, each recording the username and exact timestamp:

| Time (ET) | User | Action | Page |
|---|---|---|---|
| 3:20:29 PM | vwhitesell | Highlighted "No" to law school attendance | 4 |
| 3:39:19 PM | vwhitesell | Stamped "Documented Case" | 1 |
| 3:39:33 PM | Romey (Acrobat) | PDF compiled and saved | — |
| 4:08:15 PM | vwhitesell | Highlighted NW Cal disclosure | 26 |
| 4:09:28 PM | Automated | Bates numbers applied (001-047) | All |

Whitesell highlighted the accusation on page 4. Then she highlighted the defense on page 26. Then the file was stamped, numbered, and ready for processing. The charge was issued three days later.

## PART 3: SIGNATURE ANALYSIS

| Field | Charge Letter (Kettles) | Dismissal Letter (Whitesell) |
|---|---|---|
| Signature Type | Adobe Fill & Sign | Adobe Fill & Sign |
| AssetID | GlobalSignatureAsset4 | NativeSignature1 |
| FieldOwner Hash | D31B04B46BDB26AF<br>E654FF6CBED3DAB1<br>7AECE4CCE466BD3D<br>40B51061793CC8B4 | D31B04B46BDB26AF<br>E654FF6CBED3DAB1<br>7AECE4CCE466BD3D<br>40B51061793CC8B4 |

The FieldOwner hash is identical. The same Adobe account placed both signatures. Whitesell placed Kettles's signature from her Adobe Fill and Sign library.

## PART 4: COMPLETE PROCESSING TIMELINE

| Date/Time (ET) | Actor | Action |
|---|---|---|
| Mar 27, 2024 | Katey Ulrich (USD) | Writes referral letter |
| Apr 1, 3:20 PM | Victoria Whitesell | Highlights "No" on page 4 |
| Apr 1, 3:39 PM | Victoria Whitesell | Stamps "Documented Case" |
| Apr 1, 3:39 PM | Lanae N. Romey | Compiles 47-page case package |
| Apr 1, 4:08 PM | Victoria Whitesell | Highlights NW Cal on page 26 |
| Apr 1, 4:09 PM | Automated | Bates numbers applied |
| Apr 2, 9:37 AM | Melissa Crouch | Creates Charge Letter |
| Apr 4, 3:21 PM | Melissa Crouch | Finalizes Charge Letter |
| Apr 4, 3:21 PM | Whitesell (iManage) | Finalizes case package |
| Apr 4 | Victoria Whitesell | Places Kettles's signature |
| Apr 4, 3:22 PM | Victoria Whitesell | Transmits to Plaintiff |
| Apr 9, 1:46 PM | Melissa Crouch | Creates Dismissal Letter |
| Apr 9, 1:55 PM | Melissa Crouch | Finalizes Dismissal (9 min) |
| Apr 9 | Victoria Whitesell | Signs, files, transmits Dismissal |

## PART 5: PROCESSING CHAIN SUMMARY

| Role | Person | Attorney | Reviewed Evidence |
|---|---|---|---|
| Compiler | Lanae N. Romey | No | Built file with accusation and refutation |
| Drafter | Melissa Crouch | No | Cited exculpatory evidence as proof of guilt |
| Processor | Victoria Whitesell | No | Highlighted both accusatory and exculpatory evidence |
| Signatory (Charge) | Darren Kettles | No | No metadata evidence of any review |
| Signatory (Dismissal) | Victoria Whitesell | No | Signed nine-minute document she did not draft |

Four individuals handled the file that produced a formal charge of professional dishonesty against Plaintiff. The compiler previously worked at the referring institution alongside the individual who made the referral. The drafter authored both the accusation and the closure. The processor highlighted the exculpatory evidence and the charge was issued anyway. The Charge Letter signatory's signature was placed by the processor's Adobe account. None of the four are attorneys. No attorney is identified in any metadata field of any document in the processing chain.

# EXHIBIT 6

## "Hi, Vicki!" Withdrawal Email

**Date:** April 9, 2024

**Source:** Katey Ulrich, Director of Admissions & Marketing, USD Knudson School of Law

**Custodian:** Plaintiff

**Description:**
Email from Katey Ulrich to Victoria Whitesell, subject line "RE: L42113800," dated April 9, 2024 at 10:00:16 AM, beginning "Hi, Vicki!", requesting withdrawal of the misconduct referral against Plaintiff. The subject line prefix "RE:" indicates this was a reply to a prior email chain regarding Plaintiff's LSAC account number L42113800.

*A true and correct copy of the above-referenced document is attached hereto.*

| | |
|---|---|
| **From:** | Ulrich, Katey Ann |
| **To:** | Whitesell, Victoria |
| **Subject:** | RE: L42113800 |
| **Date:** | Tuesday, April 9, 2024 10:00:16 AM |
| **Attachments:** | image001.png |

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi, Vicki!

The student has sent us a letter of good standing and addendum for her application. Can we withdraw this referral? If you need a more formal letter, let me know.

Katey

**Katey Ulrich**
Director of Admissions & Marketing

**UNIVERSITY OF SOUTH DAKOTA**
Knudson School of Law
414 E. Clark St. | Vermillion, SD 57069
P: 605-658-3506
usd.edu/law | katey.a.ulrich@usd.edu

